IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:11-cv-294-MEF |
| | ) |
| ARBOR STATION, | ) (WO- DO NOT PUBLISH) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 18th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE