IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:11-cv-0294-MEF |
| ) | WO |
| ARBOR STATION, LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #34) to the Recommendation of the Magistrate Judge filed on December 20, 2012 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #33) entered on December 5, 2012 is adopted;

3. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this the 31st day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE